UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>John R. Griffin, Jr.</u>

    v.                               Civil No. 17-cv-161-LM

<u>New Hampshire Department of Corrections</u>

## REPORT AND RECOMMENDATION

Before the court is Griffin's motion for summary judgment (Doc. No. 5), filed before this court completed its preliminary review of the complaint, pursuant to 28 U.S.C. § 1915A and LR 4.3(d)(1). Griffin's motion for summary judgment (Doc. No. 5) is premature. No defendant has been served, and no defendant has appeared. Griffin may refile a similar summary judgment motion if, after the court completes its preliminary review of the complaint, the court orders service of any claim against any defendant named by Griffin. The motion for summary judgment (Doc. No. 5) should thus be denied without prejudice to Griffin filing a new motion for summary judgment after service on any defendant has been effected.

Any objections to this Report and Recommendation must be filed within fourteen days of receipt of this notice. <u>See</u> Fed. R. Civ. P. 72(b)(2). The fourteen day period may be extended upon motion. Failure to file objections within the specified

time waives the right to appeal the district court's order. See Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016).

                                                   _____
                                                   Andrea K. Johnstone
                                                   United States Magistrate Judge

October 4, 2017

cc:    John R. Griffin, Jr., pro se

2